

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00034-CV

Julio Marcos **AGUILERA**,
Appellant

v.

Delmis Sirey **AGUILERA**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-16322
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Julio Marcos Aguilera.

SIGNED April 23, 2014.

_____
Rebeca C. Martinez, Justice